ACCEPTED
14-14-00375-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 2:36:33 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00375-CR

In the
### Court of Appeals
For the
### Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 2:36:33 PM
CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 1402036
In the 338th District Court of
Harris County, Texas

————————◆————————

## FRANK JAMES DISTEFANO
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

————————◆————————

### STATE'S MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 338th District Court of Harris County, Texas, in The State of Texas v. Frank James Distefano, cause number 1402036, was convicted of one count of sexual performance by a child.

2. He was assessed punishment of confinement for 75 years in the Correctional Institutions Division of the Texas Department of Criminal Justice.

3. A written notice of appeal was timely filed.

4. The State's brief was due on June 22, 2015.

5. An extension of time in which to file the State's brief is requested until August 3, 2015.

6. No previous extensions have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

The District Attorney's office did not receive a copy of appellant's brief until this morning. Consequently, counsel for the State has been unable to commence preparation of the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until August 3, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/  *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following address on July 1, 2015:

Carmen Roe
Attorney at Law
440 Louisiana, Suite 900
Houston, Texas 77002

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: July 1, 2015